Owen A. Kloter, Esq.
N.J. Bar I.D. No. 03462-2010
SICHENZIA ROSS FERENCE CARMEL LLP
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone (212) 930-9700
Facsimile (212) 930-9725
*Attorneys for Plaintiff*
*John Hancock Life & Health Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.:   25-7574 (MAS)(JBD) |
| | : | |
| CARING CONNECTIONS LLC, | : | **APPLICATION AND** |
| ARTHUR FELDHEIM, | : | **CERTIFICATION OF OWEN A.** |
| and BLIME a/k/a VERA FELDHEIM, | : | **KLOTER, ESQ. IN SUPPORT OF** |
| | : | **THE *PRO HACE VICE* ADMISSION OF** |
| Defendants. | : | **A.R. JOHN HITCHINGS, ESQ.** |

**OWEN A. KLOTER, ESQUIRE** of full age and sound mind, memory, and judgment, hereby certifies as follows:

1.      I am Of Counsel to the law firm of Sichenzia Ross Ference Carmel LLP, 1185 Avenue of the Americas, 31st Floor, New York, New York 10036, attorneys-of-record for Plaintiff John Hancock Life & Health Insurance Company ("John Hancock"), in the above-captioned matter.  I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the Districts of New Jersey, Connecticut, and the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, as well as the Courts of the States of New York, Connecticut, and the Commonwealth of Pennsylvania.  I am a member in good standing in each of those bars, and am not under suspension or disbarment by

these courts or by any other court or jurisdiction.  I have also not been disciplined and am not the current subject of disciplinary proceedings in any other court or jurisdiction.

2.      I submit this Certification in support of the application by John Hancock for the admission *pro hac vice* of A.R. John Hitchings, Esq., a partner in the law firm of Sichenzia Ross Ference Carmel LLP, 1185 Avenue of the Americas, 31st Floor, New York, New York 10036, to appear in this action for John Hancock.

3.      Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Sichenzia Ross Ference Carmel LLP admitted to practice before this Court. Further, I agree to promptly notify Mr. Hitchings, if he is admitted *pro hac vice*, of the receipt of all notices, orders, and pleadings.

4.      On behalf of John Hancock, I respectfully request that the Court grant their application to have A.R. John Hitchings, Esq., admitted *pro hac vice* to appear and participate as its attorney in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 31, 2025

_/s/ Owen A. Kloter_
OWEN A. KLOTER, ESQ.

2