**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

--------------------------------------------------------------------X

JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY,

Plaintiff,

v.

CARING CONNECTIONS LLC,
ARTHUR FELDHEIM,
And BLIME a/k/a VERA FELDHEIM,

Defendants.

--------------------------------------------------------------------X

Docket No. 3:25-cv-07574-MAS-JBD

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel in the above-entitled action, that the time within which Defendant shall serve and file a responsive pleading to Complaint, or otherwise move or plead (motion to dismiss or otherwise), is hereby extended from August 15, 2025 until and including **August 22, 2025**. Nothing in this stipulation, nor from any party's entry into this stipulation, waives or otherwise affects any claim or defense of any party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and signatures transmitted by facsimile, email or other electronic means shall have the same force and effect as original signatures.

Dated: August 15, 2025

**Smith & Associates**

________________________________
**E. David Smith, Esq. (ES4321)**
**Smith & Associates**
570 Lexington Avenue, 23rd Floor
New York, New York 10022
Telephone (212) 661–7010
Facsimile: (866) 882–7256
edsmith@edslaw.net
Attorneys for Defendants
*ARTHUR FELDHEIM,*
*And BLIME a/k/a VERA FELDHEIM*

**SICHENZIA ROSS FERENCE CARMEL LLP**

*/s/ Owen A. Kloter*
**Owen A. Kloter, Esq**
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
(212) 930-9700
okloter@srfc.law
Attorneys for Plaintiff
*John Hancock Life & Health Insurance Company*

SO ORDERED: ____________________________________
The Honorable J. Brendan Day, U.S.M.J.