NAFTALI T. RABINOVICH
(nrabinovich@yurowitzlaw.com)
Attorney ID No.: 482862024
STEVEN Y. YUROWITZ
(syurowitz@yurowitzlaw.com)
(PENDING PRO HAC VICE)
YUROWITZLAW PLLC
950 3rd Avenue, 31st Floor
New York, New York 10022
(212) 308-7900
*Attorneys for Defendant*
*Caring Connection LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN HANCOCK LIFE & HEALTH INSURANCE COMPANY,<br><br>*Plaintiff*,<br>v.<br><br>CARING CONNECTIONS LLC, ARTHUR FELDHEIM, and BLIME a/k/a VERA FELDHEIM,<br><br>*Defendants*. | Civil Action<br>No. 3:25-CV-07574 (MAS) (JBD)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

PLEASE TAKE NOTICE that Defendant Caring Connections, Inc., that on September 15, 2025, or a date thereafter determined by the Court, by and through its undersigned counsel, respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff's Complaint in its entirety, with prejudice, for failure to state a claim upon which relief can be granted.

This motion is based upon the accompanying Memorandum of Law, which is incorporated by reference herein, all pleadings and papers on file in this action, and any argument the Court may hear at a hearing on this motion.

Pursuant to L. Civ. R. 7.1(c)-(d) and 78.1(a), opposition papers must be submitted by Tuesday, September 2, 2025.

Date: August 15, 2025

Respectfully submitted,

**YUROWITZLAW PLLC**

**By:** *</s/ Naftali T. Rabinovich*
NAFTALI T. RABINOVICH
Attorney ID No.: 482862024
STEVEN Y. YUROWITZ
(Pending Pro Hac Vice)
950 3rd Avenue, 31st Floor
New York, New York 10022
(212) 308-7900
nrabinovich@yurowitzlaw.com
syurowitz@yurowitzlaw.com
*Attorneys for Defendant Caring Connections LLC*