

April 20, 2026

***Via ECF***
Hon. J. Brendan Day
United States Magistrate Judge
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re:   *John Hancock Life & Health Insurance Company v. Arthur Feldheim, et. al.*
      <u>Case No. 3:25-cv-07574 (MAS) (JBD)</u>

Dear Judge Day:

The parties to the above-captioned action jointly submit this letter to the Court. Undersigned counsel represents plaintiff John Hancock Life & Health Insurance Company ("Plaintiff") and defendants Arthur Feldheim and Blime a/k/a Vera Feldheim (collectively, "Defendants") are represented by E. David Smith, Esq.

On March 26, 2026, Judge Shipp dismissed, without prejudice, defendant Caring Connections LLC from the action and all causes of action against Defendants except for the Breach of Contract claim. In the Order, however, Judge Shipp ruled that Plaintiff "may file a motion to amend the Complaint within the timeframe set forth in a scheduling order that will be issued by the Magistrate Judge in this matter. Any motion to amend shall be decided by the Magistrate Judge." (*See* ECF No. 33). Plaintiff intends to move to amend the Complaint.

On April 13, 2026, the parties met and conferred under Fed. R. Civ. P. 26(f) and agree that the outcome of Plaintiff's motion to amend will significantly impact the scope and timing of discovery in this matter. Specifically, proceeding with discovery under the current Complaint—which now asserts only a single Breach of Contract claim—may result in duplicative or wasted efforts if Plaintiff's motion to amend is granted and additional claims or parties are added to the case.

Therefore, the parties jointly request that the Court: (1) set May 29, 2026, as the deadline for Plaintiff to file a motion to amend the Complaint; (2) stay discovery until after the motion is ruled upon; (3) and adjourn the Scheduling Conference currently set for May 4, 2026, and relieve the parties of their obligation to file a Joint Discovery Plan two weeks prior thereto.

Hon. J. Brendan Day
April 20, 2026
Page 2

We thank the Court for its time and consideration of the requests made jointly herein.

Respectfully submitted,

*/s/ Owen A. Kloter*
Counsel for Plaintiff

*/s/ E. David Smith*
Counsel for Defendants

cc:    All Counsel of Record (*via ECF*)